IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES DAVID BROOKS, #1043239 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv402 |
| BRANDON P. SHINAULT, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Charles David Brooks, a prisoner currently confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil lawsuit. Plaintiff filed a motion for summary judgment on September 20, 2019. (Dkt. #55). Defendants filed a response in opposition. (Dkt. #57).

The motion and response were referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (Dkt. #69) concluding that Plaintiff's motion for summary judgment should be denied as genuine issues of material fact existed. Plaintiff filed his objections (Dkt. #71) to the Report on February 21, 2020.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the motion, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections raised by Plaintiff lack merit. It is accordingly

**ORDERED** that the Report and Recommendation (Dkt. #69) is **ADOPTED**. It is further

**ORDERED** that Plaintiff's motion for summary judgment (Dkt. #55) is **DENIED.**

**SIGNED** this the 4 day of **March, 2020.**

Thad Heartfield
United States District Judge